

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-19-00883-CR

Gabrielle de **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on March 5, 2020, but counsel did not timely file the brief or a motion for extension of time to file the brief. On March 20, 2020, we ordered appellate counsel Kimbel Ward-Neal to file a motion to dismiss or the brief by March 30, 2020. Counsel filed a first motion for extension of time, and we granted the motion to April 6, 2020.

After counsel again failed to timely file the brief or a motion for extension of time to file the brief, on April 15, 2020, we ordered Kimbel Ward-Neal to file the brief or a motion for extension of time to file the brief by April 27, 2020. Counsel filed a second motion for extension of time, and we granted the motion to May 22, 2020.

After this court's en banc order extended the due date for all pending briefs until June 30, 2020, Appellant's brief was due on June 30, 2020. No brief was timely filed, so on July 27, 2020, we ordered Kimbel Ward-Neal to file either a motion to dismiss or the brief by August 6, 2020.

Counsel filed a third motion for extension of time to file the brief until August 21, 2020, which included this statement: "Undersigned Counsel does not anticipate any further need for continuance beyond the instant request."

The motion was granted, but on September 9, 2020, Appellant filed a fourth motion for extension of time to file the brief until September 25, 2020, based on the effects the COVID-19 pandemic has had on counsel's family.

Because of the COVID-19 pandemic's effects on counsel's family, we granted counsel's motion, set the brief due on September 25, 2020, and advised Kimbel Ward-Neal that any further motion for extension of time to file Appellant's brief would be disfavored.

On September 29, 2020, Kimbel Ward-Neal filed a letter with this court stating "[t]his letter is intended to inform the Court that Counsel is intently focusing on finishing this appeal and intends to file the brief in this cause within the week."

On October 8, 2020, after no brief was filed, we ordered Kimbel Ward-Neal to file the brief by October 19, 2020, or we would abate this appeal and remand the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2).

On October 18, 2020, Kimbel Ward filed a three-page, single-spaced letter relating the personal and family struggles she has experienced that have led to her repeatedly miss deadlines to file the brief.

On October 19, 2020, Kimbel Ward filed a partially completed brief and a fifth motion for extension of time to file the brief until October 26, 2020.

Appellate counsel Kimbel Ward's motion is GRANTED. We ORDER Kimbel Ward, SBN 24079543, to file Appellant's brief not later than October 26, 2020. If counsel fails to the file the brief as ordered, to protect Appellant's rights, we will immediately abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

We respectfully remind Kimbel Ward that if her personal circumstances prevent her from diligently representing a client, she has an ethical duty to withdraw so the client's rights may be protected. *See, e.g.*, TEX. DISCIPLINARY RULES PROF'L CONDUCT R. 1.15(a)(2), *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. G, app. A (TEX. STATE BAR R. art. X, § 9) (noting that "where representation has commenced, [the lawyer] shall withdraw . . . from the representation of a client, if . . . the lawyer's physical, mental or psychological condition materially impairs the lawyer's fitness to represent the client").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court